UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TERRY KELLY (#84380)

VERSUS

JAMES LEBLANC, ET AL.

CIVIL ACTION

NO. 13-798-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger, dated October 10, 2014 (doc. no. 31) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendants' Motion to Dismiss is GRANTED in part, dismissing all of the plaintiff's claims except the plaintiff's claims that the defendants were deliberately indifferent to his health and safety and subjected him to unconstitutional conditions of confinement in violation of the Eighth Amendment, and this case is referred back to the magistrate judge for further proceedings.

Baton Rouge, Louisiana, this 5th day of November, 2014.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA