UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TERRY KELLY (#84380)

VERSUS

JAMES LEBLANC, ET AL.

CIVIL ACTION

NO. 13-798-JJB-EWD

### RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes, dated February 22, 2016 (doc. no. 41). The plaintiff filed an objection to the report and essentially makes the same arguments which have been duly addressed by the Magistrate Judge.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendants' Motion for Summary Judgment (doc. no. 38) is GRANTED, dismissing the plaintiff's claims asserted against the defendants, with prejudice, and this action is DISMISSED.

Baton Rouge, Louisiana, this ⸍⸍ th day of March, 2016.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA